UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BUCK FOSTON'S NEW BRUNSWICK, LLC, et al.,
        Plaintiffs,

v.

JAMES M. CAHILL, et al.,

        Defendants

Civ Action No.: 11-3731(FLW)
Hon. Freda L. Wolfson, U.S.D.J.

Redacted
**VERDICT SHEET**

1. Have Plaintiffs proven by a preponderance of the evidence that Defendant Cahill exercised influence over Defendant Recine to vote against the "Buck Foston's" liquor license transfer application and that a substantial or motivating factor for Defendant Cahill's actions was Plaintiffs' use of the name "Buck Foston's" for their restaurant/sports bar in exercise of their constitutionally protected right?

    Yes ✓      No _____      Vote 6-1

If you answered yes, proceed to question two on the next page. If you answered no, stop your deliberations and return your verdict.

2. Have Plaintiffs proven by a preponderance of the evidence that a substantial or motivating factor for Defendant Recine's vote against Plaintiffs' liquor license transfer application was Plaintiffs' use of the name "Buck Foston's" for their restaurant/sports bar in exercise of their constitutionally protected right?

   Yes __✓__   No. _____   Vote __6-1__

   If you answer yes, proceed to question three. If you answer no, stop your deliberations and return your verdict.

3. Have Plaintiffs proven by a preponderance of the evidence that the deprivation of Plaintiff' first amendment rights resulted from an official policy or custom of the City of New Brunswick?

   Yes __✓__   No _____   Vote __6-1__

   Proceed to question four.

4. Have Plaintiffs proven by a preponderance of the evidence that the actions of the defendants for whom you answered yes in questions one, two or three, proximately caused damages? (Answer only for those whom you answered yes in questions one, two or three).

   A. James Cahill            Yes __✓__ No _____ Vote __6-1__
   B. Robert Recine           Yes __✓__ No _____ Vote __6-1__
   C. City of New Brunswick   Yes __✓__ No _____ Vote __6-1__

   If you answered yes to any defendant in question four, proceed to question five. If you did not answer yes to any defendant in question four, stop your deliberations and return your verdict.

-2-

5. What amount of money will fairly compensate Plaintiffs for their damages?

AMOUNT $ 1,535,000    Vote  6-1

DATE: 4/30/14